

# NUMBER 13-18-00045-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOHN MICHAEL BELL,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 272nd District Court
### of Brazos County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

Currently pending before the Court is appellant's motion for pro se access to the

appellate record and motion for extension of time to file a pro se brief.[1]   Appellant's

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

The State of Texas has filed an objection to pro se appellant receiving physical copies of portions of the record, specifically State's Exhibits 21-25. The State submits these exhibits contain sensitive personal or financial information that should not be disseminated.

Texas Rules of Appellate Procedure prohibit certain sensitive information from being included in a public record. *See* TEX. R. APP. P. 9.10. Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether portions of the record contain sensitive personal or financial information which should be redacted or in some manner removed from the copy of the record that is being provided to appellant.

Once it is determined whether portions of the record should be redacted or removed, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant's motion for extension of time to file a pro se brief is GRANTED. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

2

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of July, 2018.

3